**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONTE PICOU, on behalf of himself and others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>TRACY LOGISTICS LLC, an entity of unknown form; and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO. 2:24-cv-00526-MCE-JDP<br><br><u>Related Actions</u><br><br>2:23-cv-02586-MCE-JDP<br>(*Shanley* PAGA Action)<br><br>2:23-cv-02608-MCE-JDP<br>(*Shanley* Declaratory Relief Action)<br><br>2:24-cv-00953-MCE-JDP (*Tercero I* Action)<br><br>2:24-cv-00963-MCE-JDP (*Tercero II* Action)<br><br>**ORDER RE: DEFENDANT'S OBJECTION AND REQUEST TO VACATE PURSUANT TO SECTION XI OF INITIAL PRETRIAL SCHEDULING ORDER** |

**ORDER**

Having reviewed and considered Defendant Tracy Logistics LLC's Objection and Request to Vacate Pursuant to Section XI of Initial Pretrial Scheduling Order [ECF No #32] (the "Objection"), and good cause appearing for granting the relief requested therein, **IT IS HEREBY ORDERED** as follows, using the same terms as defined and used in the Objection:

1. The IPSO entered in this action on March 27, 2024 [ECF No. 20] is hereby VACATED;

2. Not later than twenty-eight (28) days after the electronic filing of Court's ruling(s) on the last of the presently pending and intended motion(s) to be filed in the Related Actions [ECF No. 32 at 3:26-4:27; ECF No. 32; *Shanley* PAGA Action, ECF No. 12; *Shanley* Declaratory Relief Action, ECF No. 11], Plaintiff Donte Picou and Tracy Logistics (collectively, the "Parties") shall submit a Joint Rule 26(f) Report for the Court's review and consideration in connection with entering a Pretrial Scheduling Order in this action. The Parties shall retain their respective rights to jointly seek, or to apply for and oppose, relief from the Court to modify this deadline based on the outcome of any proceedings and/or other procedural developments in the Related Actions.

IT IS SO ORDERED.

Dated: June 6, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE