UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE PICOU,<br><br>             Plaintiff,<br><br>       v.<br><br>TRACY LOGISTICS LLC,<br><br>             Defendant. | No.  2:24-cv-00526-DC-JDP<br><br><br>ORDER RELATING AND REASSIGNING CASE |
| DONTE PICOU,<br><br>             Plaintiff,<br><br>       v.<br><br>TRACY LOGISTICS LLC,<br><br>             Defendant. | No.  2:25-cv-02381-WBS-CKD<br><br>**New Case No.  2:25-cv-02381-DC-JDP** |

An examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Accordingly, assignment of the above-captioned actions to the same district judge and magistrate judge will promote substantial efficiency and economy for the court and is likely to be convenient for the parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases. The local rules of this

1

1  district authorize the judge with the lowest numbered case to order the reassignment of any higher
2  numbered cases to himself or herself, upon determining that this assignment is likely to effect a
3  savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court orders that Case
4  No. 2:25-cv-02381-WBS-CSK is reassigned to the undersigned and Magistrate Judge Jeremy D.
5  Peterson. The caption on documents filed in the reassigned case shall be shown as: 2:25-cv-
6  02381-DC-JDP. It is further ordered that the Clerk of the Court make appropriate adjustment in
7  the assignment of civil cases to compensate for this reassignment.

   IT IS SO ORDERED.

   Dated:  **September 19, 2025**

   _____
   Dena Coggins
   United States District Judge

2